# Exhibit A

Debtor 1  **William R Pavlik, Jr.**
Debtor 2  **Dawn Marie Pavlik**                                       Case number (if know)

| | | | |
|---|---|---|---|
| 4.1 1 | **Paypal, Inc** <br> Nonpriority Creditor's Name <br> **2211 North 1st Street** <br> **San Jose, CA 95131** <br> Number Street City State ZIp Code | Last 4 digits of account number <br><br> When was the debt incurred?  **2014** | **$1,000.00** |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

| | | | |
|---|---|---|---|
| 4.1 2 | **RTR Financial Services, Inc.** <br> Nonpriority Creditor's Name <br> **843 Father Capodanno Blvd.** <br> **Staten Island, NY 10305** <br> Number Street City State ZIp Code | Last 4 digits of account number <br><br> When was the debt incurred?  **2013** | **$733.00** |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection for Phelps Memorial Hospital**

| | | | |
|---|---|---|---|
| 4.1 3 | **Sears** <br> Nonpriority Creditor's Name <br> **Bankruptcy Department** <br> **P.O. Box 20363** <br> **Kansas City, MO 64195-0363** <br> Number Street City State ZIp Code | Last 4 digits of account number <br><br> When was the debt incurred?  **2011** | **$4,350.00** |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**